## COCHRAN *v.* WEAVER.

ATKINSON, J. 1. The trial judge did not abuse his discretion in refusing to grant the movant additional time in which to perfect an amendment to the motion for new trial.

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*

APRIL 16, 1915. REHEARING DENIED JULY 3, 1915.

Processioning. Before Judge Patterson. Gilmer superior court. May 22, 1914.

*George D. Anderson* and *A. N. Edwards,* for plaintiff in error.
*A. H. Burtz,* contra.